# COPY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_INGRID COTTERELL - INGRAM_

**Plaintiff**

-vs-

_REBECCA MACDONALD    ET AL_

Defendant(s)

**WEINSTEIN, J.**

**ORENSTEIN, M.J.**

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

**CV 10 - 3859**

I, _INGRID COTTERELL - INGRAM_, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____

    _____

    _____

2.  If you are **NOT PRESENTLY EMPLOYED:**
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
    _2007 to July 19, 2010 my CHEQUE VARIES 3000 to 4000_

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    _____

    a) Are you receiving any public benefits?   ☐ No  ☑ Yes, $ _172. FOOD STAMP_

    b) Do you receive any income from any other source?   ☑ No  ☐ Yes, $ _in forma pauperis_

    _Granted order to proceed in forma pauperis_
    _JW 8/26/10_

RECEIVED
AUG 18 2010
PRO SE OFFICE

4. Do you have any money, including any money in a checking or savings account? If so, how much?

$90

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

NONE

7. Do you pay for rent or for a mortgage? If so, how much each month?

NONE

8. State any special financial circumstances which the Court should consider.

PLAINTIFF IS PRESENTLY NOT WORKING.

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: AUGUST 18, 2010          _____
                                        (signature)

rev. 7/2002